UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUN MOHAMMED, | No. 1:26-cv-00118-DJC-CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

On January 26, 2026, the Court granted Petitioner's Motion for Temporary Restraining Order and directed Respondents to provide Petitioner with a bond hearing. (ECF No. 13 at 9–10.) The Court also ordered Respondents to file an Order to Show Cause as to why the Court should not issue a preliminary injunction on the same terms as the Order. (*See id.* at 10.) Respondents did not raise any new arguments in opposition to the issuance of a preliminary injunction, stating only that their Opposition to Petitioner's Motion for Temporary Restraining Order "included the same position and arguments Respondents would present to oppose a motion for a preliminary injunction" and, therefore, that Respondents "submit on their earlier opposition." (ECF No. 15 at 1.)

1

In light of Respondents' limited opposition and for the reasons discussed in the Court's Temporary Restraining Order (*see* ECF No. 13), a preliminary injunction shall issue.

Accordingly, IT IS HEREBY ORDERED that:

1. A Preliminary Injunction shall issue for the reasons set forth in the Temporary Restraining Order (ECF No. 13).

2. Having released and provided a bond hearing to Petitioner (*see* ECF no. 18), Respondents shall not impose any additional restrictions on him, such as electronic monitoring or an ankle monitor, unless that is determined to be necessary at a future pre-deprivation/custody hearing.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice – describing the change of circumstances necessitating his arrest and detention – and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have his counsel present.

4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.

5. This matter is referred to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **February 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC7 – Mohammed26cv00118.pi

2