1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HARUN MOHAMMED,                          No.  1:26-cv-0118 DJC CSK

12                      Petitioner,

13          v.                                ORDER

14   WARDEN OF THE CALIFORNIA
     CITYDETENTION CENTER,
15
                        Respondent.
16

17

18          Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ

19   of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an application

20   to proceed in forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a);

21   1915(a).  Petitioner shall submit the appropriate application to proceed in forma pauperis or

22   submit the appropriate filing fee.

23          The court has conducted a preliminary review of the petition pursuant to Rule 4 of the

24   Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled

25   to the requested relief if the claimed violation of constitutional rights is proved, respondents are

26   directed to show cause why the writ should not be granted by filing an answer or motion to

27   dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

28   ///

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.  Respondents shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Any response SHALL provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and other supporting documents, including at minimum any and all release orders, any and all supervision orders, any relevant violations of release or supervision, any and all detention orders, any and all removal orders, and any referenced Notice(s) to Appear.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss.  A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3. Petitioner shall submit, within fourteen days from the date of this order, an application to proceed in forma pauperis or the appropriate filing fee.

4. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form by a pro se petitioner used by this district.

5. Within fourteen days of the date of this order, respondent shall file the form Consent to Proceed Before United States Magistrate Judge, which is available on the district court's website:

   https://www.caed.uscourts.gov/caednew/assets/File/Forms/consentmagweb.pdf.

6. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).  A party's failure to inform the court of a change of address may result in the imposition of sanctions including dismissal of the action.

2

1    Dated:  February 13, 2026

2                                                                        _____

3                                                                        CHI SOO KIM
                                                                          UNITED STATES MAGISTRATE JUDGE
4

5    /1/moha0118.101.imm

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28