UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED HARUN (A-249-389-798),

        Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITYDETENTION FACILITY,

        Respondent.

No.  1:26-cv-0118 DJC CSK


ORDER

Petitioner, a noncitizen proceeding without counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully

1

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 27) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. A permanent injunction is issued enjoining and restraining respondent from re-arresting or re-detaining petitioner Mohammed Harun (A-249-389-798) unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.  Petitioner shall be allowed to have his counsel present. This injunction does not address other circumstances where detention authority is established under different authority than what is presented in this case.

4. The Clerk of the Court be directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/haru0118.805.hc.2241.imm

2